UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 23.123.141.3,<br><br>　　　　Defendant. | Case Number: 4:21-cv-03683-JSW<br><br>Honorable Jeffrey S. White<br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** AS MODIFIED |

　　　　THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for August 20, 2021, and the Court being duly advised in the premises does hereby:

　　　　ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until October 24, 2021 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference scheduled for August 20, 2021 is continued to ~~December 3, 2021~~ January 7, 2022 at 11:00 a.m.

　　　　**DONE AND ORDERED**.

Dated: ___July 29, 2021___　　　　　　By: ___/s/ Jeffrey S. White___
　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey S. White

1